UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,                                 Case No. 09-20326

v.                                          Hon. Nancy G. Edmunds

Anthony Knight,

    Defendant.
_____/

**MOTION TO STRIKE AND
REMOVE DOCKET ENTRY**

THE UNITED STATES OF AMERICA respectfully requests that the court strike NOTICE of Penalty Enhancement by United States of America as to Anthony Knight, in the above-captioned matter and remove it from the ECF docket because the document (ECF 612) was filed under the wrong case.

WHEREFORE, the government respectfully requests that the Court strike the above-listed doc name and remove it from the ECF docket.

                                                      Respectfully submitted,

                                                      Dawn N. Ison
                                                      United States Attorney

                                                      *s/ John N. O Brien II*
                                                      John N. O Brien II
                                                      Assistant United States Attorney
                                                      211 W. Fort Street, Suite 2001
                                                      Detroit, MI 48226
                                                      john.obrien@usdoj.gov
                                                      (313) 226-9715

Dated: August 1, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,                          Case No. 09-20326

v.                                   Hon. Nancy G. Edmunds

Anthony Knight,

    Defendant.
_____/

## ORDER TO STRIKE AND REMOVE DOCKET ENTRY

This matter is before the Court on the government's motion to strike NOTICE of Penalty Enhancement by United States of America as to Anthony Knight, because the document (ECF 612) was filed under the wrong case. The Court has reviewed the motion and finds that it should be granted.

Accordingly, it is ORDERED that government's motion to strike NOTICE of Penalty Enhancement by United States of America as to Anthony Knight (ECF No. 612) is GRANTED.

It is further ORDERED that the NOTICE of Penalty Enhancement by United States of America as to Anthony Knight (ECF No. 612) is STRICKEN.

                                                  s/ Nancy G. Edmunds
                                                Nancy G. Edmunds
                                                United States District Judge

Entered:   August 1, 2022